Catherine M. Corfee, SBN 155064
CORFEE STONE LAW CORPORATION
P.O. Box 1098
Carmichael, California 95609
Telephone: (916) 487-5441
Facsimile: (916) 487-5440
Email: corfee.catherine@gmail.com
         corfee.assistant@gmail.com

Attorney for Defendant
Skyvolt, LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Orlando Garcia**,

Plaintiff,

v.

**Peninsula Company**, a California Corporation, as Trustee of The Roosevelt Center Revocable Trust dated August 10, 2015, a California Revocable Trust;
**Skyvolt, LLC**, a California Limited Liability Company

Defendants.

Case No.: 4:22-00192-JST

[PROPOSED] ORDER

    Plaintiff, Orlando Garcia, and Defendant, Skyvolt, LLC. by and through their attorneys of record, having been considered, the Clerk's Entry of Default against Defendant Skyvolt LLC. is hereby set aside. Defendant Skyvolt, LLC. shall have fifteen days after the date of this order to file its response to the complaint. IT IS SO ORDERED.

Dated: June 17, 2022

_____
United States Court District Judge