UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>        Plaintiff,<br><br>    v.<br><br>SKYVOLT, LLC,<br><br>        Defendant. | Case No. 22-cv-00192-JST<br><br>**ORDER TERMINATING CASE** |

On July 18, 2022, Plaintiff Orlando Garcia filed a notice stating that this case had settled as to damages, but that he intended to file a motion for attorney's fees and costs. ECF No. 28. Three months later, Plaintiff had not filed a motion.

On October 17, 2022, the Court set a November 18, 2022 deadline for either the parties to file a joint notice of settlement or for Plaintiff to file a motion. ECF No. 30 at 1. That deadline has now passed, and neither document has been filed.

Plaintiff has had four months to file a motion for attorney's fees and costs and has not done so. Nor has he requested, let alone been granted, an extension of the November 18, 2022 deadline. Accordingly, the Court will not award any attorney's fees or costs in this case.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: November 22, 2022

                                                        JON S. TIGAR
                                     United States District Judge